CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 11 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADNAN BAWANAH, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:14cv31 |
| v. | ) |
| | ) |
| FRANK REFFEL, Field Office | ) By: Michael F. Urbanski |
| Director, U.S. Citizenship | ) United States District Judge |
| and Immigration Services | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court **ADOPTS in full** the magistrate judge's report and recommendation (ECF No. 21) and **GRANTS** U.S. Citizenship and Immigration Services' motion for summary judgment (ECF No. 11). The decision of U.S. Citizenship and Immigration Services denying Bawanah's naturalization application is **AFFIRMED** and Bawanah's appeal, Case No. 7:14cv31, is **DISMISSED**.

It is **SO ORDERED**.

Entered: 02-11-2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge